BELL *v.* LAMPREY.

A question of law, once decided at the law term, will not be reconsidered in the same case except on a motion made at the law term for a rehearing; and such a motion will not ordinarily be entertained when a trial has been had since the decision.

ASSUMPSIT. On the question of discharge in insolvency, the judge, at the trial term, ruled according to the previous decision in this case, reported in 57 N. H. 168, and the defendant excepted. Verdict for the plaintiff. Motion of the defendant for a new trial.

*Small* and *Wiggin*, for the defendant.

*Hatch* and *C. U. Bell*, for the plaintiff.

STANLEY, J. This case is governed by *Bell* v. *Woodward*, 47 N. H. 539, S. C., 48 N. H. 437, 443, and *Stantons* v. *Thompson*, 49 N. H. 272, 275. Questions of law, once decided, will not ordinarily be reheard after a trial.

*Judgment on the verdict.*

DOE, C. J., did not sit.